1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
7    E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE  DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR 11-00617 RMW
14                                  )
        Plaintiff,                  )
15                                  )   STIPULATION AND [~~PROPOSED~~]
        v.                          )   ORDER EXCLUDING TIME FROM
16                                  )   JUNE 28, 2012 and SEPTEMBER 24, 2012
   RUBEN MACIAS CHAVEZ,             )
17                                  )
        Defendant.                  )
18  _____ )

19

20      The defendant, Ruben M. Chavez, represented by VARELL L. FULLER, Assistant

21  Federal Public Defender, and the government, represented by DANIEL R. KALEBA, Assistant

22  United States Attorney, appeared on June 28, 2012, before the Magistrate Judge for arraignment

23  on the Indictment.  The court set the date of August 27, 2012 for a status appearance with the

24  district court.  Co-defendant Frank Contreras in the above referenced matter was sentenced by

25  this Court on July 9, 2012. The government has provided discovery and a proposed disposition to

26  Mr. Chavez.  The parties require additional time to negotiate a proposed disposition, and jointly

27  stipulate and request to continue the August 27 appearance for approximately 30 days, to

28  September 24, 2012 at 9:00 a.m.  The parties also request an exclusion of time under the Speedy

1  Trial Act between June 28, 2012 and September 24, 2012 to allow counsel reasonable time
2  necessary for effective preparation, as well as to provide continuity of counsel.  18 U.S.C. §
3  3161(h)(7)(B)(iv).

                                                     Respectfully submitted,

6  Date: August 23, 2012                         /s/
7                                            VARELL L. FULLER
                                          Counsel for Mr. Chavez

                                          MELINDA HAAG
                                          United States Attorney

11 Date: August 23, 2012                         /s/
                                          DANIEL R. KALEBA
12                                           Assistant United States Attorney

13      Based upon the representation of counsel and for good cause shown, the Court finds that
14 failing to exclude the time between June 28, 2012 and September 24, 2012 would unreasonably
15 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
16 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
17 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
18 between June 28, 2012 and September 24, 2012 from computation under the Speedy Trial Act
19 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
20 HEREBY ORDERED that the time between June 28, 2012 and September 24, 2012 shall be
21 excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

24 DATED: _____                         _/s/ Ronald M. Whyte_____
                                          RONALD M. WHYTE
25                                           United States District Judge