STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MACIAS-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00617 RMW (PSG) |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER EXONERATING BOND |
| vs. | |
| RUBEN MACIAS CHAVEZ, | |
| Defendant. | HON. PAUL S. GREWAL |

**STIPULATION**

Defendant Ruben Macias Chavez, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel R. Kaleba, hereby stipulate, with the Court's approval, to the Court's entry of an Order Exonerating the Bond previously set in this matter, and agree as follows:

On October 22, 2004, the Court set bond in this matter in the amount of $20,000 to be secured by cash. *See* Docket Item 26.   Mr. Macias-Chavez's significant other, Shannon Davey subsequently posted $20,000 with the Clerk of the Court in satisfaction of the bond.

On January 14, 2013, at a hearing before the Honorable Ronald M. Whyte, Mr. Macias-

Chavez entered a guilty plea to having violated 18 U.S.C. § 922(g), felon in possession, pursuant to an Fed. R. Crim. P. 11(c)(1)(C) agreement that provided for a sentence of twelve months and one day.  At the defendant's request, the Court remanded Mr. Macias-Chavez into custody at the conclusion of the January 14, 2013, change of plea hearing, and he is presently in the custody of the United States Marshal.  Accordingly, the parties jointly request that the Court enter an Order to Exonerate the Bond.

Defense counsel has discussed this request with Mr. Chavez's Pretrial Services Officer, Ladreena Walton, and she has no objection.

IT IS SO STIPULATED.

Dated: January 18, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  January 18, 2013        _____/s/_____
DANIEL R. KALEBA
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the bond previously set in this matter is hereby exonerated.

IT IS SO ORDERED.

Dated: January 23, 2013

_____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order Exonerating Bond
No. CR 11-00617 RMW (PSG)                2